UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **WESLEY S. RICKS** | **CIVIL ACTION NO. 3:17-0027** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **DANIEL J. ELLENDER, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** because all Defendants are immune from suit and as frivolous and for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that the Motion for This Court to Give Order to Fourth Judicial District Parish of Morehouse to Provide Plaintiff with Documents [Doc. No. 6], Motion for Subpoena Duces Tecum [Doc. No. 10], Motion to Compel the Full Name of Nine Grand Jury Members for the Indictment in Case No. 12- 1299F [Doc. No. 14], Motion for Evidentiary Hearing [Doc. No. 15] AND Motion to Compel Daniel J. Ellender to Produce the Transcript of Empaneling

of the Grand Jury [Doc. No. 18] are **DENIED.**

MONROE, LOUISIANA, this 18th day of July, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE